# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | Case Number: 23-59140-sms |
| William Brooks | } | |
| | } | Chapter 13 |
| | } | |
| **DEBTOR(S)** | } | |

## MOTION TO EXTEND AUTOMATIC STAY

COMES NOW, Debtor and through counsel files this "Motion to Extend Automatic Stay," showing to this Honorable Court the following:

1.

This case was commenced on Northern District of Georgia by the filing of a Voluntary Petition in Bankruptcy for relief under Title 11 Chapter 13 of the United States Code.

2.

Jurisdiction is appropriate pursuant to 28 U.S.C. Section 1334;28 U.S.C. Section 151 *et seq*.; and, 11 U.S.C. Section 151 *et seq*.  Venue is appropriate pursuant to 28 U.S.C. Section 1409.  This contested matter is a core proceeding as defined in 28 U.S.C. Section 157(b)(2)(G).

3.

This motion is brought pursuant to 11 U.S.C. Section 362(c)(3)(B) and Rule 9014 F.R. Bankr. P.  Debtor has had one previous Chapter 13 bankruptcy case dismissed within the past twelve months, bringing it within the purview of 11 U.S.C. Section 362(c)(3).  Debtor's previous case, 23-56367,  was filed 07/06/2023 and 09/07/2023.  In Debtor's previous case, the monthly plan payments were calculated at $890 per month, with a 0% dividend to unsecured creditors.

Debtor's previous case was dismissed because: Debtor misunderstood the required

deadline to pay her filing fee payments.  This case will succeed because Debtor has paid her filing fee payment in full, and is aware of all upcoming deadlines

4.

Pursuant to 11 U.S.C. Section 362(b)(3)(A) the automatic stay of 11 U.S.C. Section 362(a) will terminate by law on the 30th day following the date of the filing of the petition unless this Court grants an extension of the stay.

5.

The Chapter 13 petition in this case was filed in good faith in an effort to save Debtor's vehicle from repossession and by no means is forbidden by law.  The vehicle is necessary for Debtor's transportation.

6.

Good cause exists for the continuance of the automatic stay as to all applicable entities in this case.  A high likelihood of success exists in the case because Debtor has sufficient income to make the monthly bankruptcy payments.

7.

Debtor's reorganization depends upon the continuation of the stay in this case. Debtor can provide adequate protection to creditors pursuant to the terms of Debtor's proposed Chapter 13 Plan.  If the automatic stay is not extended. Debtor will suffer irreparable injury because he will lose her transportation.

8.

No substantial harm will result for any other parties because Debtor proposes to pay all of her creditors a 0% dividend and will continue to make her monthly post-petition obligations.

9.

Extension of the automatic stay will serve the public interest because it will allow Debtor the opportunity to reorganize her debt and save her vehicle from repossession.

10.

Debtor has filed the instant case in good faith.  In this case, Debtor's monthly plan payments are $890 per month, with a 0% dividend to unsecured creditors.  Debtor asks

the Court to find that the presumption that the instant case was not filed in good faith has been rebutted by clear and convincing evidence, as outlined above, and extend the automatic stay.

11.

The continuance of the stay is in the best interest of Debtor, the Chapter 13 estate, and the creditors in this case.

Wherefore, Debtor(s) prays:

(a) that this "Motion to Extend Automatic Stay" be filed, read, and considered;

(b) that a time, date, and place be set for a hearing to take place prior to the expiration of the 30-day period;

(c) that this Motion be granted and the Automatic Stay provided under 11 U.S.C. Section 362(a) be continued as to all entities until such time as the Court grants relief from the stay for cause, or the stay is terminated pursuant to 11 U.S.C. Section 362(c)(1) or (2)l and,

(d) that this Honorable Court grant such other and further relief as it deems just and proper.

WHEREFORE, Debtor prays that this Motion be allowed and for such other and further relief as this Court deems equitable and just.

Respectfully submitted,

Dated: Friday, September 29, 2023

Saedi Law Group, LLC

_____/s/_____

Lorena L. Saedi, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774

Lsaedi@SaediLawGroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE**: | } | Case Number: 23-59140-sms |
| William Brooks | } | |
| | } | Chapter 13 |
| | } | |
| **DEBTOR(S)** | } | |

**CERTIFICATE OF SERVICE**

      The undersigned hereby swears or affirms that a copy of the foregoing pleading has been mailed to the following with sufficient postage affixed thereto to ensure delivery by first-class United States mail or by electronic means pursuant to Fed. R. Civ. P.(b)(2)(D) and Fed. R. Bankr. P. 9022:

Chapter 13 Trustee
K. Edward Safir, 285 Peachtree Center Ave, NE, Suite 1600, Atlanta, GA 30303

Internal Revenue Service
600 Russell B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309
Served via U.S. Mail

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
Served via U.S. Mail

Internal Revenue Service
401 W. Peachtree Street, N.W.
Stop 334-D
Atlanta, GA 30308
Served via U.S. Mail

Department of Justice, Tax Division
Civil Trial Section, Southern Region
PO Box. 14198
Ben Franklin Station
Washington, D.C. 20044
Served via U.S. Mail

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C 20530-0001
Served via U.S. Mail

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
ATTN: E. Sisson
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Served via U.S. Mail

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
ATTN: Jeff Swenson
PO Box 788
Kirkland, WA 98083-0788
Served via U.S. Mail

LVNV Funding, LLC
Resurgent Capital Services
ATTN: Brandie McCann
PO Box 10587
Greenville, SC 29603-0587
Served via U.S. Mail

OneMain Financial Group, LLC
ATTN: /CRYSTAL X. BROWNING
PO Box 3251
Evansville, IN 47731
Served via U.S. Mail

Westlake Services, LLC c/o
ATTN: Jaimee Gatewood
Resurgent Capital Services
PO Box 3427
Greenville, SC 29602
Served via U.S. Mail

Bridgecrest Acceptance Corporation by AIS Portfolio Services, LLC as agent
ATTN: Veermanu Yadav
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Served via U.S. Mail

KRG Dallas Paradise LLC
Simpson, Uchitel & Wilson, LLP
ATTN: Vivian Hudson Uchitel, Esq.
P.O. Box 550105
Atlanta, GA 30355-2505
Served via U.S. Mail

Spring Oaks Capital SPV, LLC
ATTN: NAKESHA DELOATCHE
PO BOX 1216
CHESAPEAKE, VA 23327-1216
Served via U.S. Mail

GEORGIA SPINE AND ORTHOPAEDICS
C/O WAKEFIELD & ASSOCIATES LLC
ATTN: Lisa M. White
PO BOX 51272
KNOXVILLE, TN 37950
Served via U.S. Mail

Premier Bankcard, LLC
Jefferson Capital Systems, LLC Assignee
ATTN: Debby Duncan
PO Box 7999
St. Cloud, MN 56302-9617
Served via U.S. Mail

Premier Bankcard, LLC
ATTN: Debby Duncan
Jefferson Capital Systems, LLC Assignee
PO Box 7999
St. Cloud, MN 56302-9617
Served via U.S. Mail

Bridgecrest Acceptance Corporation Department
AIS Portfolio Services, LLC
ATTN: Arvind Nath Rawal
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Served via U.S. Mail

FYR SFR Borrower, LLC
THE TOTTEN FIRM, LLC
ATTN: Matthew F. Totten
 2090 Dunwoody Club Dr,
 Ste 106-33

Atlanta, GA 30350
Served via U.S. Mail

Westlake Services, LLC c/o
ATTN: Jaimee Gatewood
Resurgent Capital Services
PO Box 3427
Greenville, SC 29602
Served via U.S. Mail

Bridgecrest Acceptance Corporation Department
 AIS Portfolio Services, LLC
ATTN: Amitkumar Sharma
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Served via U.S. Mail

The attached creditor matrix has been served by first-class United States mail.

Dated: Friday, September 29, 2023

Saedi Law Group, LLC

_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103

Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 23-59140-sms<br>Northern District of Georgia<br>Atlanta<br>Fri Sep 29 09:24:19 EDT 2023 | Bridgecrest<br>4020 E Indian School Rd<br>Phoenix, AZ 85018-5220 | Bridgecrest Acceptance Corporation<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| William James Brooks Jr<br>4995 Fox Creek Drive<br>Marietta, GA 30062 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Credence Resource Mana<br>17000 Dallas Pkwy Ste 20<br>Dallas, TX 75248-1940 |
| Credit Collection Serv<br>725 Canton St<br>Norwood, MA 02062-2679 | FYR SFR BORROW LLC<br>PO Box 451027<br>Atlanta, GA 31145-9027 | FYR SFR Borrower LLC<br>P.O. Box 451027<br>Atlanta, GA 31145-9027 |
| FYR SFR Borrowers LLC<br>P.O. Box 451027<br>Atlanta, GA 31145-9027 | Fst Premie<br>900 Delaware Suite 7<br>Sioux Falls, SD 57104-0337 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Kellee Wheat<br>P.O. Box 451027<br>Atlanta, GA 31145-9027 | Kinum<br>2133 Upton Dr<br>Virginia Beach, VA 23454-1193 |
| Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 | Netcollction<br>1731 Victoria Way<br>Kennesaw, GA 30152-6910 | One Main Financial<br>PO BOX 3327<br>Evansville, IN 47732-3327 |
| Onemain<br>100 International Drive<br>Baltimore, MD 21202-4673 | Lorena Lee Saedi<br>Saedi Law Group, LLC<br>3006 Clairmont Rd. Ste 112<br>Atlanta, GA 30329-1602 | K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303-1259 |
| San Bernandino Child Support Services<br>10417 Mountain View Ave.<br>Loma Llinda, CA 92354-2030 | Santander<br>8585 N Stemmons Fwy Ste 1100 N<br>Dallas, TX 75247-3836 | (p)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Wakefield & Associates<br>2001 E Joppa Rd<br>Baltimore, MD 21234-2801 | Westlake Services, LLC c/o<br>Resurgent Capital Services<br>PO Box 3427<br>Greenville, SC 29602-3427 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Caine & Weiner              Georgia Department of Revenue    Internal Revenue Service
15025 Oxnard St             Attn: Bankruptcy Department       Attn: Bankruptcy Unit
Van Nuys, CA 91411          1800 Century Blvd NE, Ste 9100    Stop 225-D, PO Box 995
                            Atlanta, GA 30345                 Atlanta, GA 30370


Springoakcap                End of Label Matrix
P.O. Box 1216               Mailable recipients    26
Chesapeake, VA 23327        Bypassed recipients     0
                            Total                  26
```